**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1507**

WILLIAM A. TACCINO,

Plaintiff - Appellant,

v.

PATRICK MORRISEY; SUE ROBEY; J. COURRIER; JOE E. MILLER; JAMES DAVIS; TROOPER JOHN DROPPLEMAN; NELSON MICHAEL; MICHAEL SHAY; KEITH BRADSHAW; BRIDGET COHEE; TRACEY B. EBERLING; JASON P. FOSTER; RALPH BRADY,

Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, Chief District Judge. (3:16-cv-00164-GMG-RWT)

Submitted: September 19, 2017                    Decided: October 3, 2017

Before DIAZ and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William A. Taccino, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. Taccino appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Taccino v. Morrisey¸* No. 3:16-cv-00164-GMG-RWT (N.D.W. Va. Mar. 21, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*